IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDA L. LITTLEJOHN,

    Plaintiff,

vs.

JO ANNE BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

No. CIV-S-02-2000 WBS GGH

ORDER

        On August 2, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

\\\\\

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed August 2, 2006, are ADOPTED;

2. Counsel's request for attorney's fees in the amount of $12,141.74 is GRANTED in part. The requested amount is reduced by $5,928.51 in EAJA fees which were not sought. Counsel is entitled to receive $6,213.23 from plaintiff's retroactive benefits. The Commissioner is directed to pay the fee forthwith and remit to plaintiff the remainder of her withheld benefits.

DATED:   September 19, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

littlejohn.jo

2